**Fill in this information to identify the case:**

Debtor name  Cochran & Pease, LLC

United States Bankruptcy Court for the:  Southern _____ District of  NY
                                                                            (State)

Case number (If known):  19-10903

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 2,228.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 5  9  0  6 | $ 10,058.87 |
| 3.2. | Bank of America | Checking | 6  6  0  4 | $ 7,807.18 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1** — $ 20,094.05

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | Security Deposit on commercial kitchen at 10-40 45th Ave held by Maxim Holdings | $ 12,000.00 |
| 7.2. | _____ | $_____ |

Debtor ___Cochran & Pease, LLC_____     Case number *(if known)* ___19-10903_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____     $_____

   8.2._____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     $_____12,000.00_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |--|--|

11. **Accounts receivable**

    11a. 90 days old or less:    ___7300.74___  –  ___0___  = ........➔    $___7300.74____
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:    _____  –  _____  = ........➔    $_____
                              face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $___7300.74____

## Part 4:    Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |--|--|--|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____   _____   $_____

    14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____   _____%   _____   $_____

    15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____   _____   $_____

    16.2._____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     $_____

Debtor _____Cochran & Pease, LLC_____     Case number *(if known)* ___19-10903___
        Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | | | | |
| Food | 03/24/2019 MM / DD / YYYY | $ 5,000.00 | Recent cost-based | $ 5,000.00 |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| Packaged food/beverages | 03/24/2019 MM / DD / YYYY | $ $1,000.00 | Recent cost-based | $ 1,000.00 |
| 22. **Other inventory or supplies** | | | | |
| Clean supplies and paper products | 03/24/2019 MM / DD / YYYY | $ $1,500.00 | Recent cost-based | 1,500.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $ 7500.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value   $7,000.00   Valuation method   Recent cost-based   Current value   $7,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|----------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor      Cochran & Pease, LLC                                    Case number *(if known)*      19-10903
_____
            Name

33. **Total of Part 6.**                                                          $_____

   Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desk, chair | $ 300.00 | Replacment value | $ 300.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Laptop, printer, fax machine | $ 600.00 | Replacement value | $ 600.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                          $ 900.00

   Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor _____  Case number (if known)_____
        Cochran & Pease, LLC
        Name                                                                    19-10903

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2014 Isuzu Refrigerated Box Truck, 54DC4W1B1ES803993 | $_____ | Replacement value | $___15,000.00___ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Refrigerators, freezer, misc restaurant equipment | $_____ | Replacement value | $___30,000.00___ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $___45,000.00___

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 5

| Debtor | Cochran & Pease, LLC | Case number (if known) | 19-10903 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** _____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties** _____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** _____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill** _____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor     Cochran & Pease, LLC                                                      Case number *(if known)*   19-10903
           _____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

Terri 2 LLC, Terri 3 LLC

| 230,726.91 | _ | 230,726.91 | = → | $ 0 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                                                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                                                        $_____

**Nature of claim**         _____

**Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                                        $_____

**Nature of claim**         _____

**Amount requested**      $_____

76. **Trusts, equitable or future interests in property**

_____                                                        $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                                                        $_____

_____                                                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                           $ 0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Cochran & Pease, LLC                                    Case number *(if known)*    19-10903
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 20,094.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 12,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 7300.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 7500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 45,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 92,794.79 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................    $ 92,794.79

**Fill in this information to identify the case:**

Debtor name    Cochran & Pease, LLC

United States Bankruptcy Court for the:    Southern    District of    NY
(State)

Case number (If known):    19-10903

☐ Check if this is an amended filing

## Official Form 206D
✓

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
BMO Harris Bank NA

Describe debtor's property that is subject to a lien
14' 2014 Isuzu Refrigerated Box Truck    $ 3600.18    $ 15,000

Creditor's mailing address
P.O Box 71951
Chicago, IL 60694-1951

Describe the lien
Auto Financing Loan

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
TF.CustomerCare@bmo.com

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    6/3/14
Last 4 digits of account number    8  3  3  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**2.2**

Creditor's name
American Packaging Capital

Describe debtor's property that is subject to a lien
OTS-10 Tabletop Tray Sealing Machine    $ 86,902.77    $ $65,000
PAC FW 400F HORIZONTAL FLOW WRAPPER

Creditor's mailing address
11100 Wayzata Blvd, Suite 801
Minnetonka, MN 55305

Describe the lien
Equipment financing lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
NOmeish@financediv.com

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    12/15/18
Last 4 digits of account number    4  3  0  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

Debtor _____Eberman & Pease, LLC_____    Case number (if known) ____19-10903____
                Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**
CAH Group, LLC

**Creditor's mailing address**
1300 Concord Terrace Suite 310
Sunrise, FL 33323

**Creditor's email address, if known**

**Date debt was incurred**    12/5/18
**Last 4 digits of account number**    6 0 5 1

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☑ No. Specify each creditor, including this creditor, and its relative priority.
        1. CAH Group (Timberland Bank)
        2. American Express National Bank

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Blanket lien

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$503,713.70    $_____

---

**2.4**

**Creditor's name**
American Express National Bank

**Creditor's mailing address**
4315 S. 2700 West
Salt Lake City, UT 84148

**Creditor's email address, if known**
cjones@becket-lee.com

**Date debt was incurred**    8/2/18
**Last 4 digits of account number**    3 3 8 5

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**
Blanket Lien

**Describe the lien**    UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 319,237.29    $_____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor   Cochran & Pease, LLC
         _____
         Name

Case number (*if known*)_____19-10903_____

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _____Cochran & Pease, LLC_____

United States Bankruptcy Court for the: ____Southern____ District of ___NY___
                                                                        (State)

Case number _____19-10903_____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F
_____

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
NYS Department of Taxation and Finance
Bankruptcy Section PO Box 5300
Albany NY 12205-0300

As of the petition filing date, the claim is: $ 77,418.42          $ 56,986.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
05/31/18, 08/31/18, 11/30/18

**Basis for the claim:**
Sales Tax Payable, Penalties and Interest

**Last 4 digits of account number** __7__ __4__ __4__ __2__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8c )

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____          $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____          $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor    Eastman Grease, LLC    Case number (if known)    19-10903
Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Ace Natural

257 East Sandford Blvd

Mount Vernon, NY 10550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor account payable

$ 23,569.58

**Date or dates debt was incurred** 2/12-3/27/19
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Action Carting

300 Frank W. Burr Boulevard Suite 39

Teaneck, NJ 07666

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor account payable

$ $5,497.76

**Date or dates debt was incurred** 12/1/18-3/26/19
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Allan R. Plapinger Investment Trust

1101 Evergreen Road

Yardley, Pa 19067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan Payable

$ $40,833.02

**Date or dates debt was incurred** 1/23/19
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
American Express National Bank

4315 S. 2700 West

Salt Lake City, UT 84148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

$ $125,961.99

**Date or dates debt was incurred** 1/20/10-2/13/19
**Last 4 digits of account number** 5 0 0 `1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Baldor Specialty Foods

155 Food Center Drive

Bronx, NY 10474

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor account payable

$ $7,446.39

**Date or dates debt was incurred** 3/14/19-3/27/19
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Bank of America Business Credit Card

P.O. BOX 15796

WILMINGTON, DE 19886-5796

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

$ $5,647.81

**Date or dates debt was incurred** 11/9/18-3-27-19
**Last 4 digits of account number** 6 6 3 2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____ Case number (if known) _____
        Name

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.7** | **Nonpriority creditor's name and mailing address**

Capital One Spark Business Credit Card

P.O. Box 6492

Carol Stream, IL 60197-6492

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [x] Liquidated and neither contingent nor disputed

**Basis for the claim:**   Credit Card

$19,778.30

**Date or dates debt was incurred**   8/22/17-3/27/19

**Last 4 digits of account number**   6  3  0  3

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

Chase Ink Business Credit Card

P.O. Box 15123

Wilmington, DE 19850-5123

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Credit Card

$15,538.59

**Date or dates debt was incurred**   1/29/10-3/27/19

**Last 4 digits of account number**   5  4  9  7

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

Chase Business Line of Credit

P.O. Box 6026 Mailcode IL1-0054

Chicago IL 60680-6026

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Line of Credit

$16,767.65

**Date or dates debt was incurred**   11/14/13

**Last 4 digits of account number**   9  0  0  1

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Con Edison

P.O. Box 138

New York, NY 10276-0138

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Vendor Account Payable

$5876.83

**Date or dates debt was incurred**   11/8/2016

**Last 4 digits of account number**   0  1  4  6

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

Imperial Bag & Paper

255 Route 1&9

Jersey City, NJ 07306

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**   Vendor account payable

$9,260.65

**Date or dates debt was incurred**   1/31/19-3/22/19

**Last 4 digits of account number**   R  0  4  2

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor _____   Case number (if known) _____
            Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12**  Nonpriority creditor's name and mailing address
   Jeffrey Lapadula

   530 Grand Street Apt FID

   New York, NY 10002

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Loan payable

Date or dates debt was incurred    11/8/2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____50,000.00

---

**3.13**  Nonpriority creditor's name and mailing address
   Staples Advantage

   P.O. Box 70242

   Philadelphia, PA 19176-0242

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor account payable

Date or dates debt was incurred    9/1/18

Last 4 digits of account number    3 _ 5 _ 2 _ 9

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____1,135.41

---

**3.14**  Nonpriority creditor's name and mailing address
   Stumptown Coffee Roasters

   100 SE Salmon Street

   Portland, OR 97214

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor account payable

Date or dates debt was incurred    9/12/18-3/6/19

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____2,546.59

---

**3.15**  Nonpriority creditor's name and mailing address
   The Bread Guy Bakery

   840 East 28th Street,

   Paterson, NJ 07513

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor account payable

Date or dates debt was incurred    2/17/19-3/27/19

Last 4 digits of account number    R _ 0 _ 0 _ 6

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ _____4,050.09

---

**3.__**  Nonpriority creditor's name and mailing address
   _____

   _____

   _____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 77,418.42 |
| 5b. **Total claims from Part 2** | 5b. + | $ 333,910.66 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 411,329.08 |

**Fill in this information to identify the case:**

Debtor name  Cochran & Pease, LLC

United States Bankruptcy Court for the:  Southern    District of    NY
                                                              (State)
Case number (if known):  19-10903    Chapter    11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Storefront least at 60 W 23rd Street / New York, NY 10010 | Pan Am Equities / P.O. Box 5020 / New York, NY 10163-5020 |
| | State the term remaining | 12 months | |
| | List the contract number of any government contract | N/A | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Kitchen / 10-40 45th Avenue, L.I.C., NY 11101 | Maxim Holding Company, LLC / 10-40 45th Avenue / Long Island City, NY 11101 |
| | State the term remaining | 2 years, 5 months | |
| | List the contract number of any government contract | N/A | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __Cochran & Pease, LLC__

United States Bankruptcy Court for the: __Southern__    District of __NY__
                                                              (State)

Case number (If known): __19-10903__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Michael Pease | 108 Pine Ridge Road<br>Street<br><br>Fayetteville   NY   13066<br>City   State   ZIP Code | CAH Group (ARF, Timberland) | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City   State   ZIP Code | American Packaging Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City   State   ZIP Code | NYS Tax & Finance | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Street<br><br>City   State   ZIP Code | Allan R. Plapinger<br>Investment Trust | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Street<br><br>City   State   ZIP Code | American Express<br>National Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Street<br><br>City   State   ZIP Code | Bank of America<br>Business Credit Card | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Cochran Pease, LLC | Case number (if known) | 19-10903 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | Michael Pease | 108 Pine Ridge Road<br>Street<br><br>Fayetteville    NY    13066<br>City    State    ZIP Code | Capital One Spark | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | | Street<br><br>City    State    ZIP Code | Chase Ink | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | | Street<br><br>City    State    ZIP Code | Chase Business<br>Line of Credit | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | | Street<br><br>City    State    ZIP Code | Pan Am Equities | ☐ D<br>☐ E/F<br>☑ G |
| 2.11 | | Street<br><br>City    State    ZIP Code | Maxim Holdings | ☐ D<br>☐ E/F<br>☑ G |
| 2.12 | Craig Cochran | 33 Gold Street<br>Street<br>Apt 625<br>New York    NY    10038<br>City    State    ZIP Code | American Packaging Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | | Street<br><br>City    State    ZIP Code | CAH Group (ARF, Timberland) | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | | Street<br><br>City    State    ZIP Code | Allan R. Plapinger<br>Investment Trust | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Cochran & Pease, LLC | | Case number *(if known)* | 19-10903 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / Mailing address | | **Name** | *Check all schedules that apply:* |
| 2.15 | Craig Cochran — 33 Gold Street (Street), Apt 625, New York NY 10038 (City / State / ZIP Code) | | Chase Business Line of Credit | ☐ D  ☑ E/F  ☐ G |
| 2.16 | — Street — City State ZIP Code | | Pan Am Equities | ☐ D  ☐ E/F  ☑ G |
| 2.17 | — Street — City State ZIP Code | | Maxim Holdings | ☐ D  ☐ E/F  ☑ G |
| 2.18 | Jeffrey Lapadula — 530 Grand Street (Street), Apt FID, New York NY 10022 (City / State / ZIP Code) | | Allan R. Plapinger Investment Trust | ☐ D  ☑ E/F  ☐ G |
| 2.19 | Terri 2 LLC — 60 West 23rd Street (Street), New York NY 10010 (City / State / ZIP Code) | | Chase Business Line of Credit | ☐ D  ☑ E/F  ☐ G |
| 2.20 | Terri 2 LLC — 60 West 23rd Street (Street), New York NY 10010 (City / State / ZIP Code) | | CAH Group (ARF, Timberland) | ☑ D  ☐ E/F  ☐ G |
| 2.21 | Terri 3 LLC — 60 West 23rd Street (Street), New York NY 10010 (City / State / ZIP Code) | | Allan R. Plapinger Investment Trust | ☐ D  ☑ E/F  ☐ G |
| 2.22 | — Street — City State ZIP Code | | Jeffrey Lapadula | ☐ D  ☑ E/F  ☐ G |

Debtor   Cochran & Pease, LLC                                        Case number (if known)   19-10903
         _____                                          _____
         Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 Terri Vegetarian LLC | 60 West 23rd Street<br>Street<br>New York    NY    10010<br>City    State    ZIP Code | American Packaging Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | Chase Business<br>Line of Credit | ☐ D<br>☑ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Cochran & Pease, LLC___

United States Bankruptcy Court for the: ___Southern___    District of ___NY___
(State)

Case number (If known): ___19-10903___

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 409,144 |
   | **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 2,012,673 |
   | **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 2,047,362 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
   from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |

Debtor _____Cochran & Pease, LLC_____     Case number *(if known)*  ___19-10903___
              Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Ace Natural<br>Creditor's name<br>257 E. Sandford Blvd<br>Street<br><br>Mount Vernon,    NY   10550<br>City           State    ZIP Code | 12/28/18-<br><br>03/27/19 | $ 53,059.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Baldor Specialty Foods<br>Creditor's name<br>155 Food Center Drive<br>Street<br><br>Bronx            NY   10474<br>City           State    ZIP Code | 12/28/18-<br><br>03-27/19 | $ 30,808.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City      State   ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>City      State   ZIP Code<br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

---

| Debtor | Cochran & Pease, LLC | Case number (if known) | 19-10903 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| American Express National Bank | Credit instructed credit card processors | 1/28-1/30/19 | $ 3143.62 |
| Creditor's name | | | |
| 4315 S. 2700 West | to withhold deposits and pay to American Express | | |
| Street | | | |
| Salt Lake City     UT     84148 | Last 4 digits of account number: XXXX– 3 _ 3 _ 8 _ 5 | | |
| City          State     ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

Debtor    Cochran & Pease, LLC _____    Case number *(if known)* 19-10903
            Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | | Street |
| City          State     ZIP Code | **Case number** | City          State          ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor    Cochran & Pease, LLC _____    Case number *(if known)* ___19-10903___
       Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | | 10/29/2018 | $ 10,000 |
| | **Address** 475 Park Avenue, South | | | |
| | Street | | | |
| | New York    NY    10016 | | | |
| | City     State    ZIP Code | | | |
| | **Email or website address** ckatz@platzerlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Bryan Pease, Esq. | | 03/27/2019 | $ 3,000 |
| | **Address** 3170 Fourth Ave., Suite 250 | | | |
| | Street | | | |
| | San Diego    CA    92103 | | | |
| | City     State    ZIP Code | | | |
| | **Email or website address** byranpease@gmail.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

| Debtor | Cochran & Pease, LLC | Case number *(if known)* | 19-10903 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | **Who received transfer?** | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City          State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | City          State        ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | City          State        ZIP Code | |

Debtor      Cochran & Pease, LLC
            _____        Case number (if known)   19-10903
            Name                                            _____

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br><br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Cochran & Pease, LLC
          _____
          Name

Case number *(if known)* ___10-10903___

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Chase <br> Name <br> 28 Liberty St <br> Street <br> New York   NY   10038 <br> City   State   ZIP Code | Michael Pease <br> Tomer Versano <br><br> **Address** <br> _____ <br> _____ | None <br> _____ <br> _____ | ☐ No <br> ☑ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

| Debtor | Cochran & Pease, LLC | Case number *(if known)* | 19-10903 |
|---|---|---|---|
| | Name | | |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City            State            ZIP Code | | | |

---

**Part 12:**    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City            State            ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City            State            ZIP Code | City            State            ZIP Code | | |

---

Debtor    Cochran & Pease, LLC
          _____        Case number *(if known)*_____19-10903_____
          Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City        State        ZIP Code | | |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City        State        ZIP Code | | |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | Dates business existed |
| | Street | | |
| | | | From _____    To _____ |
| | City        State        ZIP Code | | |

Debtor    Cochran & Pease, LLC _____    Case number (if known)    19-10903
      Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Lynn-Mark Enterprises** <br> Name <br> 14 E 38th Street <br> Street <br> New York    NY    10016 <br> City    State    ZIP Code | From 11/16/10  To present |
| 26a.2. <br> Name <br> Street <br> City    State    ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br> Street <br> City    State    ZIP Code | From _____  To _____ |
| 26b.2. <br> Name <br> Street <br> City    State    ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name <br> Street <br> City    State    ZIP Code | |

Debtor    Cochran & Pease, LLC _____    Case number *(if known)*  19-10903
                Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State        ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d.1. | CAH Group (ARF Financial, Timberland Bank) <br> Name <br> 1300 Concord Terrace Suite 310 <br> Street <br> Sunrise        FL        33323 <br> City        State        ZIP Code |

|  | Name and address |
|---|---|
| 26d.2. | American Express National Bank <br> Name <br> 4315 S. 2700 West <br> Street <br> Salt Lake City        UT        84148 <br> City        State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State        ZIP Code |

| Debtor | Cochran & Pease, LLC | Case number (if known) | 19-10903 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2.
_____
Name

_____
Street

_____
City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Pease | 108 Pine Ridge Road, Fayetteville, NY 13066 | Managing Member | 30.73% |
| Craig Cochran | 33 Gold Street, Apt 625, New York, NY 10038 | Managing Member | 33.4% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Michael Pease | $8,711.54 | 02/08/19- | Salary for labor |
| Name | | | |
| 108 Pine Ridge Road | | 03/27/19 | |
| Street | | | |
| Fayetteville            NY        13066 | | | |
| City                    State     ZIP Code | | | |
| Relationship to debtor | | | |
| Managing Member | | | |

Debtor  Cochran & Pease, LLC _____    Case number (if known)  19-10903
        Name

|  | Name and address of recipient | $35,117.76 | 03/30/18- | Salary for labor |
|--|--|--|--|--|
| 30.2 | Craig Cochran | | 12/28/18 | |
| | Name | | | |
| | 33 Gold Street | | _____ | |
| | Street | | | |
| | Apt 625 | | _____ | |
| | New York          NY          10038 | | _____ | |
| | City          State          ZIP Code | | | |
| | Relationship to debtor | | _____ | |
| | Managing Member | | _____ | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--|--|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--|--|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/15/2019
               MM / DD / YYYY

Verified by PDFfiller
04/15/2019

✗ _M.L.e._____                    Printed name    Michael Pease
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Managing Member/ President


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**Debtor**: Cochran & Pease, LLC                    **Case Number**: 19-10903

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (continued)**

Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| | Creditor's name and address | Dates | Total amount or value | Reasons |
|---|---|---|---|---|
| 3.3 | Bank of America Business Credit Card<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | 12/28/18-03/27/19 | $11,100.00 | Credit card payments |
| 3.4 | CAH Group (ARF Financial, Timberland)<br>1300 Concord Terrace Suite 310<br>Sunrise, FL 33323 | 12/28/18-03/27/19 | $12,335.04 | Secured debt |
| 3.5 | Chase Ink Business Credit Card<br>P.O. Box 15123<br>Wilmington, DE 19850-5123 | 12/28/18-03/27/19 | $49,013.09 | Credit card payments |
| 3.6 | Con Edison<br>Cooper Station<br>P.O. Box 138<br>New York, NY 10276-0138 | 12/28/18-03/27/19 | $17,828.69 | Suppliers or Vendors |
| 3.7 | Imperial Bag & Paper<br>255 Route 1&9,<br>Jersey City, NJ 07306 | 12/28/18-03/27/19 | $15,870.76 | Suppliers or Vendors |
| 3.8 | The Bread Guy Bakery<br>840 East 28th Street<br>Paterson, NJ 07513 | 12/28/18-03/27/19 | $11,500.72 | Suppliers or Vendors |