## EXHIBIT "B"

### COCHRAN & PEASE, LLC
### DEBTOR-IN-POSSESSION
### ESTIMATED REALIZABLE VALUE
### UPON LIQUIDATION
### APRIL 2020

|  | **Book Value** | **Estimated Liquidation Value** |
|---|---|---|
| **CURRENT ASSETS** | | |
| Cash in Bank | $ 15,000.00 | $ 15,000.00 |
| Accounts Receivable | $ 5,000.00 | $ 4,000.00 |
| **TOTAL CURRENT ASSETS** | **$ 20,000.00** | **$ 19,000.00** |
| Property and Equipment | $ 125,000.00 | $ 10,000.00 |
| Isuzu Box Truck | $ 20,000.00 | $ 14,000.00 |
| **TOTAL ASSETS** | **$ 165,000.00** | **$ 43,000.00** |
| **LIABILITIES** | | |
| **SECURED CLAIMS** | | |
| Timberland Bank's Secured Claim | | $ 20,000.00 |
| **POST-PETITION LIABILITIES** | | |
| Trade Payables (Post-Petition) | | $ 25,000.00 |
| Professional Fees | | $ 20,000.00 |
| Trustee and other Chapter 7 administrative costs | | $ 20,000.00 |
| **PRIORITY TAX CLAIMS** | | $ 75,000.00 |
| Total claims to be paid before payment to general unsecured | | $ 160,000.00 |

creditors

Total proceeds available                                    $ 43,000.00
to pay unsecured claims

**TOTAL UNSECURED CLAIMS**                                  **$ 1,050,000.00**

PERCENTAGE RETURN TO                     Zero percent (0%)
UNSECURED CLAIMS